UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

GEORGETTA G. ALBRITTON,   CASE NO.: 12-58911
                          CHAPTER: 13
Debtor.                   JUDGE:   SHEFFERLY
_____/

## ORDER EXTENDING TIME TO FILE ANSWER TO MOTION FOR VIOLATION OF THE AUTOMATIC STAY AGAINST YOU WALK BAIL BOND AGENCY, INC.

Debtor having filed a Stipulation to Extend the Time allotted for You Walk Bail Bond Agency, Inc. to file an Answer to Motion for Violation of the Automatic Stay Against You Walk Bail Bond Agency, Inc., and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that creditor You Walk Bail Bond Agency, Inc. shall have until April 6, 2015 in order to file an Answer to Motion for Violation of the Automatic Stay Against You Walk Bail Bond Agency, Inc.

Signed on March 17, 2015

                                              /s/ Phillip J. Shefferly
                                              Phillip J. Shefferly
                                              United States Bankruptcy Judge